# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# DALLAS DIVISION

| | | |
|---|---|---|
| TERRI GLOVER, | § § § | |
| Plaintiff, | § § | |
| v. | § § | Civil Action No. 3:21-cv-00442-M |
| TEXAS INSTRUMENTS, INC., | § § § | |
| Defendant. | § § § | |

## ORDER

Today the Court considered Plaintiff's Unopposed Motion to Dismiss with Prejudice (ECF No. 23). The Court GRANTS the Motion.

All Plaintiff's claims and causes against Defendant are hereby DISMISSED with PREJUDICE. Each party bears its own costs and attorney's fees.

**SO ORDERED**.

March 31, 2022.

*[signature]*
BARBARA M. G. LYNN
CHIEF JUDGE